James D. Weakley, Esq.      Bar No. 082853
Ashley N. Reyes, Esq.        Bar No. 312120

WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Ashley@walaw-fresno.com

Attorneys for Defendants County of Fresno and Sheriff Margaret Mims

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CLARISSA FLORES,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO, et al.,<br>　　　　Defendants. | CASE NO. 1:19-CV-01477-DAD-BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: June 13, 2019<br>Trial Date: TBD |

　　　　The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadlines for expert discovery.

　　　　Good cause exists for this requested modification as follows:

　　　　On July 9, 2021, the Court held a status conference to discuss the ex parte application to modify the scheduling order that was filed by Plaintiff's counsel. At that time, the parties reached a joint stipulation on the record to modify the remaining discovery deadlines to allow for the parties to engage in a settlement conference. [Doc. 57]. Based on this stipulation, the Court modified the scheduling order setting initial expert witness disclosures to be served no later than December 10, 2021.

　　　　On August 2, 2021, the Court issued an order granting Corizon's Motion to Dismiss

1   Plaintiff's Second Amended Complaint. [Doc. 58]. The order dismissed Corizon from the
2   lawsuit, with prejudice.
3       In light of the dismissal of Corizon from the lawsuit, the County Defendants need
4   additional time to evaluate whether a crossclaim against Corizon should be pursued pursuant to
5   the contract between it and the County of Fresno. Additionally, the County Defendants need
6   additional time to evaluate the potential exposure of the County based on Corizon's dismissal
7   and locate the appropriate expert witnesses who may need to opine on issues relating to the
8   medical treatment provided to Plaintiff while she was incarcerated at the Fresno County Jail.
9       In light of the foregoing good cause, the parties hereby stipulate and jointly request that
10  the Court issue an order modifying the current Scheduling Order extending the Expert
11  Disclosure deadline from December 10, 2021 to February 10, 2022, the Supplemental Expert
12  Disclosure deadline from January 28, 2022 to March 28, 2022, Expert Discovery Cutoff from
13  February 28, 2022 to April 28, 2022, and Pretrial Motion Filing Deadline from March 28, 2022
14  to May 27, 2022.

17  DATED:  November 4, 2021    WEAKLEY & ARENDT
    A Professional Corporation

19      By:    /s/ *Ashley N. Reyes*
    James D. Weakley
20      Ashley N. Reyes
    Attorneys for Defendants
21      County of Fresno and Sheriff Margaret Mims

22  DATED:  November 4, 2021    STUART R. CHANDLER APC

24      By:    /s/*Stuart R. Chandler*[1]
    Stuart R. Chandler
    Attorney for Plaintiff

---

[1] Authorized via email on November 4, 2021.

**ORDER**

Having considered the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the December 10, 2021, Expert Disclosure deadline be continued to February 10, 2022, Supplemental Expert Disclosure deadline continued to March 28, 2022, Expert Discovery Cutoff continued to April 28, 2022, and Pretrial Motion Filing Deadline continued to May 27, 2022.  All other dates and orders as set forth in this Court's Amended Scheduling Conference Order of July 21, 2022 (Doc. 57) shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 5, 2021**         /s/ *Barbara A. McAuliffe*  _
                                        UNITED STATES MAGISTRATE JUDGE