Stuart R. Chandler, Esq. (SBN 088969)
**STUART R. CHANDLER, APC**
761 E. Locust Avenue, Suite 101
Fresno, California 93720
Telephone: (559) 431-7770
Facsimile: (559) 431-7778
stuart@chandlerlaw.com

Attorney for Plaintiff CLARISSA FLORES,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CLARISSA FLORES, Individually,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO; SHERIFF MARGARET MIMS, in her individual and official capacities; CORIZON HEALTH, INC., a Delaware corporation; and DOES 1 through 100<br><br>　　　　　　Defendants. | Case No.: 19-cv-01477-DAD-BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

　　　　The parties, through their respective counsel, stipulate and jointly request the Court to extend the deadlines for expert discovery.

　　　　Good cause exists for this requested modification as follows:

　　　　On November 4, 2021, the Court granted the Proposed Order to Modify the Scheduling Order continuing the Expert Disclosure deadline February 10, 2022, Supplemental Expert Disclosure deadline to March 28, 2022, Expert Discovery Cutoff to April 28, 2022, and Pretrial Motion Filing Deadline to May 27, 2022.

　　　　This was granted in light of the County Defendants need for additional time to evaluate whether a crossclaim against Corizon should be pursued pursuant to the contract between it and the County of Fresno following the Court's August 2, 2021 granting of Corizon's Motion to Dismiss Plaintiff's Second Amended Complaint. [Doc. 58].

1 As a result, County Defendants filed a Notice of Motion for Leave to File a Third-Party Complaint [Doc. 61] and later an Amended Notice of Motion for Leave to File a Third-Party Complaint [Doc. 63] as Corizon Health, Inc.'s counsel was unavailable and the parties continued their meet and confer efforts in hopes of resolving the motion without need for opposition or Court intervention.  The Court reset the hearing to February 15, 2022.

As of the writing of this stipulation, County Defendants' counsel and Corizon Health, Inc.'s counsel are near resolution, which may allow the withdrawal of the motion.  Given the hearing on the motion is set for February 15, 2022 (after the February 10, 2022 expert designation) and Corizon Health, Inc.'s renewed participation in litigation is imminent, the County Defendants and Corizon Health, Inc. will need additional time to evaluate their respective positions and retain the appropriate experts.  Moreover, additional time will allow all parties to simultaneously designate, giving equal opportunity for supplemental designations, if needed.

In light of the foregoing good cause, the parties hereby stipulate and jointly request that the Court issue an order modifying the current Scheduling Order extending the Expert Disclosure deadline from February 10, 2022 to May 11, 2022, the Supplemental Expert Disclosure deadline from March 28,  2022 to June 27, 2022, Expert Discovery Cutoff from April 28, 2022 to July 27, 2022, and Pretrial Motion Filing Deadline from May 27, 2022 to August 25, 2022 and the Pretrial Conference from August 29, 2022 to November 28, 2022.

Dated: January 19, 2022 **STUART R. CHANDLER, APC**

*/s/ Stuart R. Chandler*
Stuart R. Chandler, Esq.
Attorney for CLARISSA FLORES

Dated: January 19, 2022 **WEAKLEY & ARENDT**
**A Professional Corporation**

/s/ *Ashley N. Reyes*
James D. Weakley
Ashley N. Reyes
Attorneys for Defendants
County of Fresno and Sheriff Margaret Mims

**ORDER**

Having considered the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the February 10, 2021, Expert Disclosure deadline be continued to May 11, 2022, the Supplemental Expert Disclosure deadline from March 28, 2022 to June 27, 2022, Expert Discovery Cutoff from April 28, 2022 to July 27, 2022, and Pretrial Motion Filing Deadline from May 27, 2022 to August 25, 2022 and the Pretrial Conference from August 29, 2022 to November 28, 2022, at 1:30 p.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**January 20, 2022**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE